**Fill in this information to identify the case:**

Debtor 1: MARY FRANCES BUTLER

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of South Carolina (State)

Case number: 15-04200-jw

FILED 2016 AUG -5 AM 10: 34 U.S. BANKRUPTCY DISTRICT OF SOUTH CAROLINA

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: SunTrust Mortgage, Inc.

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 7 7 2 7

Date of payment change:
Must be at least 21 days after date of this notice: 9 / 1 / 16

New total payment: $ 357.17
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 87.52    New escrow payment: $ 100.56

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1    MARY FRANCES BUTLER        Case number (if known) 15-04200
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Jake Conner      Date 07/27/2016
Signature

Print:   Jake    Conner    Title Bankruptcy Specialist
       First Name   Middle Name   Last Name

Company   SunTrust Mortgage, Inc.

Address   Bankruptcy Department, VA-RVW-3034, P.O. Box 27767
       Number   Street
       Richmond    VA    23261
       City   State   ZIP Code

Contact phone ( 855 ) 223 – 4641      Email MortgageBankruptcy@SunTrust.com

## CERTIFICATE OF SERVICE

I, _____Jake Conner_____, do hereby certify that a true and exact copy of the foregoing __Notice of Mortgage Payment Change__ was served by United States mail and/or electronic filing, on 07/27/2016, addressed as follows:

Debtor:

MARY FRANCES BUTLER
405 West Terrace
North Augusta, SC 29841

Debtor's Atty:

F. LEE O'STEEN
O'STEEN LAW FIRM, LLC
PO BOX 36534
ROCK HILL, SC 29732

Trustee:

William K. Stephenson, Jr.
PO Box 8477
Columbia, SC 29202

/s/ Jake Conner

Bankruptcy Specialist for SunTrust Bank

**SunTrust Mortgage**

CONTACT US
Visit us online at suntrust.com/mortgage
Client Services: 800.634.7928
Monday - Friday: 8 a.m. to 8 p.m. ET
Saturday: 9 a.m. to 3 p.m. ET

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

Statement Prepared: 07/15/2016

Loan Number: 
Property Address: 405 W TERR
NORTH AUGUSTA SC 29841

MARY FRANCES BUTLER
405 W TERR
NORTH AUGUSTA SC 29841

Each year SunTrust Mortgage, Inc. reviews your escrow account to determine your new monthly escrow payment which is included in your total monthly mortgage payment. Money is collected and held in your escrow account to pay taxes and insurance on your behalf.

**Effective 09/01/2016, your new monthly mortgage payment will be: $357.17**

|  | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest | $256.61 | $256.61 |
| Escrow | $87.52 | $94.97 |
| Escrow Shortage |  | $5.59 |
| **Total Payment** | **$344.13** | **$357.17** |

**Note -** If you choose to pay your escrow shortage in full using the coupon below, your new monthly mortgage payment will be $351.58. If your payment is issued through our SurePay ACH service then the amount of your draft will automatically be updated. If your payment is issued by a third party or if you make your payment through a bill pay service please be sure that your new monthly mortgage payment amount is updated with the service provider.

**Your New Escrow Amount**

|  | Projected Annual Payment | New Monthly Escrow Amount |
|---|---|---|
| Taxes | $397.71 | $33.14 |
| Insurance | $742.00 | $61.83 |
| **Total** | **$1,139.71** | **$94.97** |

To project your annual escrow payments for the coming year, we use the last tax and insurance bills received, or information provided by your settlement agent or local tax authority. This annual projection when divided by 12 months equals your New Monthly Escrow Amount.

**Escrow Lowest Balance**

|  | Lowest Balance Amount |
|---|---|
| Projected Escrow Lowest Balance for the coming year | $55.72 |
| Required Escrow Lowest Balance* | $189.94 |
| This difference created a **shortage** in your escrow account | $134.22- |
| The difference shown above divided by 24 months is $5.59. |  |

* The required escrow lowest balance (cushion) is explained on page 2.



**SunTrust Mortgage**

Shortage Amount    $134.22

SunTrust Mortgage - Escrow Shortages
P.O. Box 79684
Baltimore, MD 21279-0684

Client Name: MARY FRANCES BUTLER
Loan Number: 

Property Address: 405 W TERR
NORTH AUGUSTA SC 29841

**You have the following options to repay your Escrow Shortage:**

A. **Do Nothing:** The shortage for the next 24 months is $5.59 which will automatically be added to your monthly payment beginning September 01, 2016.

B. **Repay the Escrow Shortage in Full:** Please send a check in the amount of $134.22 made payable to **SunTrust Mortgage**, along with this coupon, in the envelope provided. Your new monthly mortgage payment will be $351.58 once the full escrow shortage is paid in full.

Statement Date:    07/15/2016
Loan Number:
Property Address:    405 W TERR
                     NORTH AUGUSTA SC 29841

### Escrow Account History for the Prior Period

This is a statement of actual activity in your escrow account shown in comparison to the projections we used in the prior period. Actual activity appears in shaded columns.

| Month/Year | Payments to Escrow (+) Projected | Payments to Escrow (+) Actual | Payments from Escrow (-) Projected | Payments from Escrow (-) Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| Starting Balance | | | | | | 525.14 | 525.14 |
| Sep 2015 | 87.52 | 87.52 | 0.00 | 0.00 | | 612.66 | 612.66 |
| Oct 2015 | 87.52 | 87.52 | 0.00 | 0.00 | | 700.18 | 700.18 |
| Nov 2015 | 87.52 | 87.52 | 0.00 | 0.00 | | 787.70 | 787.70 |
| Dec 2015 | 87.52 | 87.52 | 182.97 | 227.03 * | County Tax | 692.25 | 648.19 |
| Jan 2016 | 87.52 | 87.52 | 0.00 | 0.00 | | 779.77 | 735.71 |
| Feb 2016 | 87.52 | 87.52 | 0.00 | 0.00 | | 867.29 | 823.23 |
| Mar 2016 | 87.52 | 87.52 | 0.00 | 742.00 * | Hazard Insurance | 954.81 | 168.75 |
| Apr 2016 | 87.52 | 87.52 | 137.29 | 170.68 * | City Tax | 905.04 | 85.59 |
| Apr 2016 | 0.00 | 0.00 | 730.00 | 0.00 * | Hazard Insurance | 175.04 | 85.59 |
| May 2016 | 87.52 | 87.52 | 0.00 | 0.00 | | 262.56 | 173.11 |
| Jun 2016 | 87.52 | 87.52 | 0.00 | 0.00 | | 350.08 | 260.63 |
| Jul 2016 | 87.52 | 87.52 | 0.00 | 0.00 | | 437.60 | 348.15 |
| Aug 2016 | 87.52 | 87.52 E | 0.00 | 0.00 E | | 525.12 | 435.67 |
| Total | $1,050.24 | $1,050.24 | $1,050.26 | $1,139.71 | | | |

E - Indicates the activity has not yet occurred but is estimated to occur as shown
\* - Indicates a difference between actual activity and projected activity either in the amount or the date

Your monthly mortgage payment for the prior period was $344.13, of which $87.52 was applied to escrow. Last year, we anticipated making payments from your account equaling $1,050.26.

Under Federal law your minimum monthly balance should not have exceeded 1/6 (also equal to no more than 2 months) of the total projected payments for real estate taxes and hazard insurance from the account, unless your mortgage contract or state law specifies a lower amount. Your required minimum monthly balance for the prior period was $175.04.

### Projected & Actual Payment Differences

Differences between projected and actual payments to and from your escrow account may create a shortage or surplus in your account. The most common reasons for a difference between your projected escrow lowest balance and your required escrow lowest balance are tax rate and/or assessed value changes, hazard insurance premium or coverage changes. Additional factors are listed below:

| PAYMENTS | REAL ESTATE TAXES | HAZARD INSURANCE |
|---|---|---|
| • Monthly payment(s) received were less than or greater than expected<br>• Previous overage was returned to escrow<br>• Previous shortage not paid entirely | • Exemption status lost or changed<br>• Supplemental/Delinquent tax paid<br>• Tax installment not paid<br>• Tax refund received<br>• New tax escrow requirement paid | • Premium paid or not paid<br>• Premium refund received or not received<br>• Additional premium paid<br>• New insurance escrow requirement paid<br>• Lender placed insurance premium paid |

Statement Date:
Loan Number:
Property Address:   405 W TERR
                    NORTH AUGUSTA SC 29841

### Escrow Account History for the Prior Period

This is a statement of actual activity in your escrow account shown in comparison to the projections we used in the prior period. Actual activity appears in shaded columns.

| Month/Year | Payments to Escrow (+) Projected | Payments to Escrow (+) Actual | Payments from Escrow (-) Projected | Payments from Escrow (-) Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| Starting Balance |  |  |  |  |  | 525.14 | 525.14 |
| Sep 2015 | 87.52 | 87.52 | 0.00 | 0.00 |  | 612.66 | 612.66 |
| Oct 2015 | 87.52 | 87.52 | 0.00 | 0.00 |  | 700.18 | 700.18 |
| Nov 2015 | 87.52 | 87.52 | 0.00 | 0.00 |  | 787.70 | 787.70 |
| Dec 2015 | 87.52 | 87.52 | 182.97 | 227.03 * | County Tax | 692.25 | 648.19 |
| Jan 2016 | 87.52 | 87.52 | 0.00 | 0.00 |  | 779.77 | 735.71 |
| Feb 2016 | 87.52 | 87.52 | 0.00 | 0.00 |  | 867.29 | 823.23 |
| Mar 2016 | 87.52 | 87.52 | 0.00 | 742.00 * | Hazard Insurance | 954.81 | 168.75 |
| Apr 2016 | 87.52 | 87.52 | 137.29 | 170.66 * | City Tax | 905.04 | 85.59 |
| Apr 2016 | 0.00 | 0.00 | 730.00 | 0.00 * | Hazard Insurance | 175.04 | 85.59 |
| May 2016 | 87.52 | 87.52 | 0.00 | 0.00 |  | 262.56 | 173.11 |
| Jun 2016 | 87.52 | 87.52 | 0.00 | 0.00 |  | 350.08 | 260.63 |
| Jul 2016 | 87.52 | 87.52 | 0.00 | 0.00 |  | 437.60 | 348.15 |
| Aug 2016 | 87.52 | 87.52 E | 0.00 | 0.00 E |  | 525.12 | 435.67 |
| Total | $1,050.24 | $1,050.24 | $1,050.26 | $1,139.71 |  |  |  |

E - Indicates the activity has not yet occurred but is estimated to occur as shown
* - Indicates a difference between actual activity and projected activity either in the amount or the date

Your monthly mortgage payment for the prior period was $344.13, of which $87.52 was applied to escrow. Last year, we anticipated making payments from your account equaling $1,050.26.

Under Federal law your minimum monthly balance should not have exceeded 1/6 (also equal to no more than 2 months) of the total projected payments for real estate taxes and hazard insurance from the account, unless your mortgage contract or state law specifies a lower amount. Your required minimum monthly balance for the prior period was $175.04.

### Projected & Actual Payment Differences

Differences between projected and actual payments to and from your escrow account may create a shortage or surplus in your account. The most common reasons for a difference between your projected escrow lowest balance and your required escrow lowest balance are tax rate and/or assessed value changes, hazard insurance premium or coverage changes. Additional factors are listed below:

| PAYMENTS | REAL ESTATE TAXES | HAZARD INSURANCE |
|---|---|---|
| • Monthly payment(s) received were less than or greater than expected<br>• Previous overage was returned to escrow<br>• Previous shortage not paid entirely | • Exemption status lost or changed<br>• Supplemental/Delinquent tax paid<br>• Tax installment not paid<br>• Tax refund received<br>• New tax escrow requirement paid | • Premium paid or not paid<br>• Premium refund received or not received<br>• Additional premium paid<br>• New insurance escrow requirement paid<br>• Lender placed insurance premium paid |

# Guide to Understanding Your Escrow Statement



## Summary of Information

**1. Your New Monthly Mortgage Payment Amount** compared to your current monthly mortgage payment amount. Also, the new effective date of your new monthly payment.

**2. Your New Escrow Amount** we project paying for your taxes and/or insurance in the coming year, shown annually and monthly. The total of the second column is equal to your new monthly escrow amount.

**3. Escrow Lowest Balance** comparison of your escrow required lowest balance to the estimated balance you would have if no adjustments were made to your escrow account. This section indicates whether there is a surplus or shortage in your escrow account.

**4. Projections for the Coming Year** of activity in your escrow account used to determine whether a shortage or surplus exists.

**5. Statement of Escrow Account History** that occurred in your escrow account during the prior period compared to projections from your previous escrow analysis. The history information may be incomplete if this is the first escrow analysis since SunTrust Mortgage began servicing your loan.

*Please see reverse for Frequently Asked Questions*

Page 5

## Frequently Asked Questions

**Q: What is an escrow account and why do you maintain one for my loan?**
A: We maintain an escrow account on your behalf to ensure that your annual expenses for real estate taxes and insurance are paid in full and in a timely manner. Every time you make a mortgage payment, a set amount of your payment is deposited into your escrow account. We use this amount to pay your real estate taxes, hazard insurance premiums, and if applicable, your flood insurance and/or mortgage insurance premiums.

**Q: If I pay my escrow shortage, why will my monthly mortgage payment still go up?**
A: An escrow shortage is the result of differences that occurred in the past - when the funds in your escrow account were less than what was required to cover the actual payments from your account. The escrow portion of your new monthly mortgage payment is based on projected activity for the coming year. Even if you pay your shortage, your payment can increase if your annual property tax or annual insurance premium increases.

**Q: Why did I receive this Escrow Account Disclosure Statement?**
A: At least once a year, we perform a review of your escrow account in order to determine if the escrow portion of your monthly mortgage payment is sufficient to cover the annual requirements for your real estate taxes, hazard insurance premiums, and if applicable, your flood insurance and/or mortgage insurance premiums. We are required under the Real Estate Settlement Procedures Act (RESPA) to disclose to you in an Escrow Account Disclosure Statement the results of this review and its effect on your monthly mortgage payment. Occasionally, we may provide you with an interim statement in order to maintain compliance with RESPA.

**Q: What is hazard insurance?**
A: Hazard insurance is a type of property insurance that provides coverage against specific perils, such as vandalism, fire, etc. It may also be referred to as homeowner's insurance.

**Q: What is a required escrow account minimum balance and how is it calculated?**
A: Under Federal law, we are allowed to maintain a minimum balance or cushion of funds in your escrow account. We use this cushion as a safeguard in the event that your real estate tax and/or insurance payments increase. Unless your mortgage contract or state law specifies a lower amount, your escrow account minimum balance is equal to no more than two months escrow payments for your real estate taxes and hazard insurance. This is also equal to 1/6 of your total projected payments for real estate taxes and hazard insurance from the account. *Mortgage insurance is not included in this calculation.*

**Q: Why did my monthly mortgage payment change?**
A: Increases and decreases to the escrow portion of your monthly mortgage payment are typically the result of changes in your real estate taxes and/or hazard insurance.

**Hazard Insurance:** Your premium may be different as a result of changes to the type or extent of your insurance coverage, or if your insurance company changed your insurance rate. We encourage you to contact your insurance company or local insurance agent for any questions regarding changes to your hazard insurance premiums.

**Real Estate Taxes:** Your real estate taxes may be different as a result of your property being reassessed or if the tax rate has changed. Unexpected tax bills for special assessments charged by your local tax authority will also impact the amount we collect for your real estate taxes. We encourage you to contact your local taxing authority for any questions regarding changes to your real estate taxes.

**New Construction:** Differences may occur with partially assessed real estate tax bills for new construction. Typically, the first tax bill for new property is only for the lot/land. We may have received a bill for the fully assessed value which includes the land and the house.

**Initial Escrow Deposit:** Escrow is sometimes estimated at loan closing because information may not be available at that time. If the amount collected for the set up of your escrow account was more or less than the actual bills received for real estate taxes and/or insurance premiums, this will cause your monthly mortgage payment to change.

**If you have further questions regarding your Escrow Account Disclosure Statement, please contact SunTrust Mortgage Client Services at 800.634.7928.**


SUNTRUST
MORTGAGE

⌂ Equal Housing Lender. SunTrust Mortgage, Inc. – NMLS #2915, 901 Semmes Avenue, Richmond, VA 23224, 1-800-634-7928. CA: licensed by the Department of Business Oversight under the California Residential Mortgage Lending Act, IL: Illinois Residential Mortgage Licensee, MA: Mortgage Lender license #-ML-2915, NH: licensed by the New Hampshire Banking Department, NJ: Mortgage Banker License – New Jersey Department of Banking and Insurance, and RI: Rhode Island Licensed Lender. ©2015 SunTrust Banks, Inc., SunTrust, SunTrust Mortgage and How can we help you shine? Are federally registered service marks of SunTrust Banks, Inc.

SUN-13186_Escrow_FAQ_0815